# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| TO: | Mr. Kevin P. Weimer, Clerk<br>United States District Court | DATE: November 1, 2022 |
| RE: | 22-51326-wlh<br>Bankruptcy Case No. | Richard Douglas Cullinan<br><br>Debtor(s) |
| | 22-05078-wlh<br>Adversary Case No. | Coastal States Bank<br><br>Appellant<br><br>vs<br><br>Richard Douglas Cullinan,<br>Christina M. Cullinan, Fifth Third<br>Bank, N.A.<br><br>Appellees |

### SUBMISSION SHEET

Submitted on:

☒ Notice of Appeal filed 10/31/2022- Doc. No. 26
File date of Order being appealed from 10/27/2022 - Doc. No. 24

**Contents of Record:**
☒ Documents 24, 26, docket sheet
☐ Designated items of    ☐ Appellant(s)    ☐ Appellee
Filing Fee Paid -  ☒ Yes    ☐ No

**If previous and/or related appeals filed, list:**

FROM:   M. Regina Thomas, Clerk of Court
        United States Bankruptcy Court

By: /s/_____
    Madeline Ramos-White, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa 07.29.21*