# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TO: Mr. Kevin P. Weimer, Clerk<br>United States District Court | DATE: November 4, 2022 |
| RE: 22-51326-wlh<br>Bankruptcy Case No. | Richard Douglas Cullinan |
| | Debtor(s) |
| 22-05078-wlh<br>Adversary Case No. | Coastal States Bank |
| | Appellant |
| | vs |
| | Richard Douglas Cullinan, Christina M. Cullinan, Fifth Third Bank, N.A. and Credibility Capital Inc. |
| | Appellees |

## SUPPLEMENTAL SUBMISSION SHEET

**Submitted on:**

☒ Notice of Appeal filed 10/31/2022- Doc. No. 26
  File date of Order being appealed from 10/27/2022 - Doc. No. 24
☒ Supplemental Record to USDC Case No. 22-CV-4355-SCJ

**Contents of Record:**
☒ Document #32 Motion forStay Pending Appeal
☐ Designated items of   ☐ Appellant(s)   ☐ Appellee
  Filing Fee Paid -  ☒ Yes   ☐ No

**If previous and/or related appeals filed, list:**


FROM:  M. Regina Thomas, Clerk of Court
       United States Bankruptcy Court

By: /s/_____
    Yahaira Lugo, Deputy Clerk


F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*